UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

REINHART FOODSERVICE, L.L.C.,
        Plaintiff,

vs.

FAMILY HOSPITALITY, INC.
d/b/a SHONEY'S, and
GEORGE MICHAEL HISSONG,
        Defendants.

Case No. 12-CV-489
Case Code: 190 (Other Contract)

---

## JUDGMENT

---

The Court having reviewed plaintiff's motion for default judgment, and finding that the Summons and Complaint, filed by the plaintiff on July 10, 2012, has been duly served as required by law on defendants Family Hospitality, Inc. d/b/a Shoney's, and George Michael Hissong; that the time for answering the Complaint has expired; that said defendants failed to answer or otherwise appear; that the Clerk of Court duly entered default on August 23, 2012, and that plaintiff's recovery against said defendants shall equal the total amount of $287,299.81, which is the sum of $212,063.67 in damages, interest in the amount of $8500.03, attorneys fees in the amount of $66,291.11, and costs and disbursements in the amount of $445.00;

**IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiff, Reinhart FoodService, L.L.C., recover of the defendants, Family Hospitality, Inc. d/b/a Shoney's, and George Michael Hissong, the amount of $287,299.81.

Dated: _September 12, 2012_ By: _Barbara B Crabb_
                                                                    Hon. Barbara Crabb
                                                                    United States District Court
                                                                    Western District of Wisconsin

Entered this _13th_ day of September, 2012.

_Peter Oppeneer_
Peter Oppeneer, Clerk of Court